UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONOLITHIC POWER SYSTEMS, INC.,

Plaintiff,

v.

WEI DONG, et al.,

Defendants.

Case No.  20-cv-06752-JSW

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 28

On January 12, 2021, Plaintiff filed its opposition to Defendants' motion to dismiss and filed separate objections to Defendants' request for judicial notice.  Plaintiff is HEREBY ORDERED TO SHOW CAUSE why the Court should not strike those objections.  *See* Northern District Civil Local Rule 7-3(a); Civil Standing Order 7.  Plaintiff's response to this Order to Show Cause shall be due by January 22, 2021.

**IT IS SO ORDERED.**

Dated: January 15, 2021

JEFFREY S. WHITE
United States District Judge