UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MONOLITHIC POWER SYSTEMS, INC., | Case No. 4:20-cv-06752-JSW |
|---|---|
| Plaintiff, | |
| v. | **CLERK'S NOTICE VACATING INITIAL CASE MANAGEMENT CONFERENCE** |
| WEI DONG, et al., | |
| Defendants. | Re: Dkt. No. 25 |

YOU ARE HEREBY NOTIFIED that the Initial Case Management Conference, scheduled on March 26, 2021 at 11:00 before the HONORABLE JEFFREY S. WHITE, is vacated and will be rescheduled, if necessary, in the Court's order resolving the pending Motion to Dismiss.

Dated: March 18, 2021

Susan Y. Soong
Clerk, United States District Court

By: _____
Jennifer Ottolini, Deputy Clerk to the
Honorable JEFFREY S. WHITE
jswcrd@cand.uscourts.gov