UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WEI DONG, et al.,<br><br>Defendants. | Case No. 20-cv-06752-JSW<br><br>**ORDER TO DEFENDANTS TO SHOW CAUSE RE REQUEST FOR JUDICIAL NOTICE**<br><br>Re: Dkt. No. 56 |

Briefing in this matter is closed, and the Court vacated the hearing on Defendants' motion to dismiss. On September 3, 2021, Defendants' filed an administrative motion to file a request for judicial notice in support of their motion but have not sought leave of Court to submit these materials. *See* N.D. Civ. L-R 7-3(d). The request for judicial notice also includes argument beyond that necessary to establish the documents are subject to judicial notice.

By September 10, 2021, Defendants are HEREBY ORDERED TO SHOW CAUSE why the Court should consider their request. Plaintiffs may submit a response by September 17, 2021. The matter will then be deemed submitted, and the Court shall not accept any further materials.

**IT IS SO ORDERED**.

Dated: September 3, 2021

_____
JEFFREY S. WHITE
United States District Judge