UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware Corporation;<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WEI DONG, an individual; and LIN SHENG, an individual,<br><br>　　　　　　Defendants.<br><br>**Consolidated with 22-cv-1986**<br>**This document applies to all actions.** | Case No. 4:20-cv-6752-JSW (Lead case)<br>Case No. 4:22-cv-1986-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE IN LIGHT OF SETTLEMENT IN PRINCIPLE**<br><br>Judge: Hon. Jeffrey S. White,<br>Magistrate Judge: Hon. Laurel Beeler |

The parties to the above-referenced case have reached a settlement in principle subject to memorializing the terms in a mutually acceptable long-form settlement agreement executed by all parties. The parties hereby stipulate and agree as follows:

In light of the settlement in principle reached during the March 21, 2023 settlement conference before Chief Magistrate Judge Spero, the parties agree there is good cause to extend all deadlines for four weeks while the parties work to finalize settlement terms.

Accordingly, the parties hereby STIPULATE and AGREE, subject to Court approval, that the remaining discovery dates and the deadlines in this Court's Order dated January 4, 2023, shall be modified as follows, with no other deadlines or Court orders impacted:

| Event | Current Date/Deadline | New Date/Deadline |
|---|---|---|
| Limited Deposition of Michael Hsing | March 24, 2023 at 10 am | Parties to select date no later than April 21, 2023 based on Defendants' counsel's and Mr. Hsing's availability |
| Further Joint Case Management Conference Statement | March 24, 2023 | April 21, 2023 |
| Further Case Management Conference | March 31, 2023, 11:00 am | April 28, 2023, 11:00 am |
| Parties with Burden of Proof to designate experts and serve opening expert reports | April 4, 2023 | May 2, 2023 |
| Rebuttal expert designations and reports | May 2, 2023 | May 30, 2023 |
| Close of Expert Discovery | May 30, 2023 | June 27, 2023 |
| Deadline to hear dispositive motions | July 28, 2023 at 9:00am | August 25, 2023 at 9:00am |

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: March 22, 2023 | **PERKINS COIE LLP** |
| 3 | | By: */s/ W. Matthew Pierce* |

John P. Schnurer, Bar No. 185725
JSchnurer@perkinscoie.com
John D. Esterhay, Bar No. 282330
JEsterhay@perkinscoie.com
Miguel J. Bombach, Bar No. 274287
MBombach@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, CA  92130-2080
Telephone:  858.720.5700
Facsimile:  858.720.5799

Janice L. Ta (Pro Hac Vice)
JTa@perkinscoie.com
PERKINS COIE LLP
500 W 2nd Street, Suite 1900
Austin, TX 78701
Telephone: (737) 256-6125
Facsimile: (737) 256-6300

W. Matthew Pierce (Pro Hac Vice)
WPierce@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Telephone: (303) 291-2369
Facsimile: (303) 291-2400

Attorneys for Plaintiffs
Monolithic Power Systems, Inc., and
Chengdu Monolithic Power Systems Co., Ltd.

| | |
|---|---|
| DATED:  March 22, 2023 | **MORGAN, LEWIS & BOCKIUS LLP** |
| | By: */s/ Seth M. Gerber* |

        Seth M. Gerber, Bar No. 202813
        seth.gerber@morganlewis.com
        MORGAN, LEWIS & BOCKIUS LLP
        2049 Century Park East, Suite 700
        Los Angeles, CA 90067-3109
        Telephone:  310.907.1000
        Facsimile:   310.907.1001

        Andrew J. Gray IV, Bar No. 202137
        andrew.gray@morganlewis.com
        Shaobin Zhu, Bar No. 257626
        MORGAN, LEWIS & BOCKIUS LLP
        1400 Page Mill Road
        Palo Alto, CA 94304
        Telephone:  650.843.4000
        Facsimile:   650.843.4001

        Eric Kraeutler
        PA Bar No. 32189 (*Pro Hac Vice*)
        eric.kraeutler@morganlewis.com
        MORGAN, LEWIS & BOCKIUS LLP
        1701 Market Street
        Philadelphia, PA 19103-2921
        Telephone:  215.963.5000
        Facsimile:   215.963.5001

        Attorneys for Defendants
        Meraki Integrated Circuit (Shenzhen)
        Technology, L.T.D., Wei Dong and Lin Sheng

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____            _____
                                                               HON. JEFFREY S. WHITE
                                                          UNITED STATES DISTRICT JUDGE

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, W. Matthew Pierce, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed March 22, 2023, at Littleton, Colorado.

/s/ *W. Matthew Pierce*
W. Matthew Pierce